```
                                                        ┌─────────────────────────────┐
                                                        │ USDC SDNY                   │
                                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                           │ DOC #:_____       │
------------------------------------------------- X     │ DATE FILED:___1/11/22____   │
                                                  :     └─────────────────────────────┘
  UNITED STATES OF AMERICA                        :
                                                  :           21-CR-435 (VEC)
        -against-                                 :
                                                  :              ORDER
  SAUDIA SINCLAIR,                                :
                                                  :
                            Defendant.            :
------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for Thursday, January 20, 2022, at

3:00 p.m.; and

WHEREAS in light of the spread of the Omicron variant of COVID-19 and the

significant rise in the number of cases reported in New York City, the Court is exercising caution

with regard to in-person proceedings;

IT IS HEREBY ORDERED that the conference is rescheduled for **February 3, 2022, at**

**3:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York,

NY 10007.


**SO ORDERED.**

Date:  **January 11, 2022**                          _____
       **New York, NY**                                  **VALERIE CAPRONI**
                                                     **United States District Judge**