```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :
         -against-                                           :
                                                             :
    SAUDIA SINCLAIR,                                         :
                                                             :
                               Defendant.                    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/3/22__

21-CR-435 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on February 3, 2022, the Government and defense counsel appeared before the Court for a status conference; and

WHEREAS Defendant Saudia Sinclair waived her appearance via defense counsel;

IT IS HEREBY ORDERED that the Court will request a trial date during Q2. The Defendant must submit any pretrial motions not later than February 18, 2022; the Government's response is due not later than March 4, 2022; and Defendant's reply is due not later than March 11, 2022. Motions *in limine* are due not later than March 18, 2022, and responses are due not later than April 1, 2022. Requests to charge and voir dire questions are due not later than April 8, 2022.

IT IS FURTHER ORDERED that the period between February 3, 2022, and June 30, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). In addition to the reasons stated on the record at the status conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date: February 3, 2022
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**