**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/22

April 11, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Saudia Sinclair*, 21 Cr. 435 (VEC)

Dear Judge Caproni:

  The parties respectfully submit this joint letter to provide an update in the above-captioned case. The defendant, through counsel, has informed the Government that she intends to plead guilty to a superseding misdemeanor information. Accordingly, the parties respectfully request that the Court schedule a change of plea hearing in this matter. Defense counsel has requested a date in June.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney

    by:  /s/_____
      Ashley C. Nicolas
      Assistant United States Attorney
      (212) 637-2467

CC: Counsel of Record by Email

---

Application GRANTED. A change-of-plea hearing is hereby scheduled for **Monday, June 6, 2022, at 2:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

*[signature]* 4/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE