```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                 :
                                         :     21-CR-435 (VEC)
         -against-                       :
                                         :     ORDER
SAUDIA SINCLAIR,                         :
                                         :
                         Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS a change-of-plea hearing is currently scheduled for June 6, 2022, at 2:00 p.m.; and

   WHEREAS that time is no longer convenient for the Court;

   IT IS HEREBY ORDERED that the hearing is ADJOURNED until Wednesday, June 15, 2022, at 2:30 p.m.

**SO ORDERED.**

Date:  May 27, 2022
       New York, NY

                                         _____
                                         **VALERIE CAPRONI**
                                         **United States District Judge**