```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                  :
                                          :       21-CR-435 (VEC)
         -against-                        :
                                          :       ORDER
SAUDIA SINCLAIR,                          :
                                          :
                          Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a change-of-plea hearing is currently scheduled for Wednesday, June 15, 2022, at 2:30 p.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the hearing is adjourned until **Friday, July 1, 2022, at 10:30 a.m.**

**SO ORDERED.**

Date:  **June 14, 2022**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**