UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    6/30/22
```

------------------------------------------------------------ X

UNITED STATES OF AMERICA          :

       -against-                   :          21-CR-435 (VEC)

                                   :          ORDER

SAUDIA SINCLAIR,                   :

                                   :

              Defendant.          :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a change-of-plea hearing is currently scheduled for Friday, July 1, 2022, at

10:30 a.m.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that the hearing is adjourned until **Friday, July 1, 2022, at**

**3:00 p.m.**


**SO ORDERED.**

**Date:  June 30, 2022**
     **New York, NY**

                                      **VALERIE CAPRONI**
                                 **United States District Judge**