```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA      :

             -against-                      :      21-CR-435 (VEC)

  SAUDIA SINCLAIR,                  :      ORDER

                      Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 1, 2022, the parties appeared for a change-of-plea hearing;

    WHEREAS at the July 1, 2022 hearing, Defendant pled guilty to the crime charged in Count One of the Superseding Misdemeanor Information; and

    WHEREAS the Court accepted Defendant's guilty plea;

    IT IS HEREBY ORDERED that a sentencing hearing is scheduled for **October 26, 2022, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both sides are due not later than **October 12, 2022**.

**SO ORDERED.**

**Date: July 1, 2022**
**New York, NY**

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**