```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/25/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA        :

                                                :      21-CR-435 (VEC)
             -against-                     :
                                                :      <u>ORDER</u>
   SAUDIA SINCLAIR,                    :

                                Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the disclosure of the presentence report has been delayed;

      IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 26, 2022, at 2:30 p.m. is adjourned until **November 18, 2022, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both sides are due not later than **November 4, 2022**.

**SO ORDERED.**

**Date:  August 25, 2022**                                  _____
        **New York, NY**                                     **VALERIE CAPRONI**
                                                             **United States District Judge**