USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 21-CR-435 (VEC)
-against- :
: ORDER
SAUDIA SINCLAIR, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing hearing is currently scheduled for Friday, January 6, 2023 at 2:30 P.M., Dkt. 40; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the sentencing hearing is adjourned until **Friday, January 27, 2023, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both sides are due not later than **Friday, January 13, 2023**.

**SO ORDERED.**

**Date: December 5, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**